**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO HERNANDEZ MARTINEZ,<br><br>　　　　Defendant. | Case No.: 18CR05550-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA,

　　IT IS ORDERED that the Information in Criminal Case No. 18CR05550-LAB against defendant ROBERTO HERNANDEZ MARTINEZ be, and hereby is, dismissed;

　　IT IS SO ORDERED.

DATED: February 1, 2019

　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　Chief United States District Judge